The order below is hereby signed.

Signed: August 16 2019



_S. Martin Teel Jr._
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| DELLAPHINE J CHITTY, | ) | Case No. 18-00796 |
| | ) | (Chapter 13) |
| Debtor. | ) | |

ORDER TO SHOW CAUSE WHY CASE OUGHT
NOT BE DISMISSED BASED ON MISSED PLAN PAYMENTS

The debtor did not appear at the hearing of today on the trustee's motion to dismiss this case and her counsel, reportedly sick, was not there either. Reluctantly, I have continued the hearing to September 13, 2019, at 9:30 a.m. Nevertheless, at the hearing today, the trustee's counsel represented that the debtor is $10,994.00 in arrears in making plan payments. If the debtor can not show why the case ought not be dismissed based on that arrears in plan payments, the case ought to be dismissed without proceeding to the hearing on September 13, 2019. It is thus

ORDERED that by August 30, 2019, the debtor shall file a writing showing cause why this case ought not be dismissed based

on the reported $10,994.00 of arrears in making plan payments. It is further

ORDERED that the hearing on the motion to dismiss will be heard on September 13, 2019, at 9:00 a.m. unless the case has been dismissed beforehand.

[Signed and dated above.]

Copies to: Debtor; Debtor's attorney; Chapter 13 Trustee; Office of the United States Trustee.